# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2020

## NO. 03-19-00243-CV

**Mary Cheney, Surviving Spouse of Decedent Eric Cheney, Appellant**

**v.**

**The Levy Company, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY, AND SMITH**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order dismissing appellant's claims. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order of dismissal and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2020

## NO. 03-19-00334-CV

**Mary Cheney, As Surviving Spouse of Eric Cheney, Appellant**

**v.**

**The Levy Company, Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY, AND SMITH
## REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order dismissing appellant's claims. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order of dismissal and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2020

## NO. 03-19-00335-CV

**Mary Cheney, As Surviving Spouse of Eric Cheney, Appellant**

**v.**

**Iteris, Inc., Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY, AND SMITH
## REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order dismissing appellant's claims. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order of dismissal and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.